# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Hager*, 7:20cv91459 | Judge M. Casey Rodgers  Magistrate Judge Gary R. Jones |

## ORDER

Plaintiff James Allen Hager's case was transferred from the 3M administrative docket to the 3M MDL docket on May 21, 2020. Accordingly, pursuant to Pretrial Order No. 22, Mr. Hager was required to file a Notice of Designated Forum on his individual docket and pay a filing fee by June 1, 2020. *See* Case No. 3:19md2885, ECF No. 898. To date, neither of these requirements has been met. Therefore, Mr. Hager is hereby directed to file the requisite notice and pay the appropriate filing fee by **June 15, 2020**. Failure to comply with this directive will be grounds for dismissal.

**SO ORDERED**, on this 8th day of June, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**