UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Hager*, 7:20-cv-91459 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |

## ORDER

This matter was transitioned from the administrative docket to the 3M MDL Docket on May 22, 2020. *See* ECF No. 3. Accordingly, Plaintiff James Allen Hager is required to pay a filing fee and serve his Short Form Complaint on Defendants, and Mr. Hager's counsel must seek *pro hac vice* admission. *See* Case No. 3:19md2885, Pretrial Order No. 22, ECF No. 898 at ¶ 9. Additionally, Mr. Hager was required to file a Notice of Designated Forum on his individual docket on or before June 1, 2020, within 10 days of the matter's transition to the 3M MDL Docket. To date, a filing fee has not yet been paid, and a Certificate of Service evidencing service of Mr. Hager's Short Form Complaint, a motion for admission *pro hac vice*, and a Notice of Designated Forum have not yet been filed on Mr. Hager's individual docket. On consideration, the Court directs Mr. Hager to pay his filing fee, serve his Short Form Complaint on Defendants, and file a Notice of Designated Forum. Additionally, Mr. Hager's counsel is directed to file a motion

for *pro hac vice* admission by **June 28, 2020**.  Failure to comply with this directive will result in dismissal of this case.

    **SO ORDERED**, on this 18th day of June, 2020.

                        *M. Casey Rodgers*
                        **M. CASEY RODGERS**
                        **UNITED STATES DISTRICT JUDGE**